JOHN T. MURRAY, ADMINISTRATOR, ETC., PLAINTIFF,
v. ALFRED H. PUERSCHNER AND JAMES BIRT-
WHISTLE, DEFENDANTS.

Argued May 8, 1924—Decided June 25, 1924.

**Negligence—Death Act—Verdict Contrary to Evidence—Rule
Made Absolute.**

Before Justices KALISCH, BLACK and CAMPBELL.

For the plaintiff, *William E. Sewell.*

For the defendants, *James Birtwhistle, Congleton, Stall-
man & Hoover* and *Charles W. Weeks.*

PER CURIAM.

This suit was brought to recover damages under the Death
act. The trial resulted in a verdict of $3,000 in favor of the
plaintiff. The defendant James Birtwhistle obtained a rule
to show cause, and writes down eleven reasons for a new
trial. The view that we take of the case, it is only necessary
to consider the first reason, viz., the verdict of the jury is con-
trary to the weight of the evidence. It seems quite unneces-
sary to state the evidence in detail. Our reading of the record
leads us to the conclusion that so far as the defendant James
Birtwhistle is concerned, the verdict against him is clearly
against the weight of the evidence, and the rule to show cause
will be made absolute.